PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Bryan Arias     Cr.: 21-00356-001
PACTS #: 4377313

Name of Sentencing Judicial Officer:     THE HONORABLE DENIS R. HURLEY
SENIOR UNITED STATES DISTRICT JUDGE (ED/NY)

Name of Assigned Judicial Officer     THE HONORABLE JOHN MICHAEL VAZQUEZ
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/26/2016

Original Offense:    Conspiracy to Defraud the United States by Committing Mail and Wire Fraud, 18 U.S.C. § 371

Original Sentence: 30 months imprisonment, 3 years' supervised release

Special Conditions: Financial Disclosure, Employment Restrictions, and $1,906,375 in Restitution.

Type of Supervision: Supervised Release     Date Supervision Commenced: 03/05/2019

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to satisfy restitution. |

U.S. Probation Officer Action:

Throughout his term of supervised release, Arias has paid $13,216.76 towards his restitution. The individual under supervision's term of supervision is due to expire on March 4, 2022, with an outstanding restitution balance of $1,893,158.24. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the person under supervision's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

                                             Respectfully submitted,

                                             SUSAN M. SMALLEY, Chief
                                             U.S. Probation Officer

                                             *Elisa Martinez*

                                             By:    ELISA MARTINEZ
                                                        Supervising U.S. Probation Officer

Prob 12A – page 2
Bryan Arias

/ kam
PREPARED BY:

*Kelly A. Maciel*               *01/20/2022*
KELLY A. MACIEL              Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Allow Supervision to Expire as Scheduled on March 4, 2022 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

1/20/22
Date